## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| MIKE REDFORD | : | PRISONER MANDAMUS |
|     Plaintiff, | : | 28 U.S.C. § 1361 |
| | : | |
|     v. | : | |
| | : | |
| JUDGE ROBERT W. JAMES, | : | CIVIL ACTION NO. |
|     Defendant. | : | 1:14-CV-2043-WSD-JFK |

### UNITED STATES MAGISTRATE JUDGE'S
### FINAL REPORT AND RECOMMENDATION

Plaintiff, Mike Redford, Georgia Department of Corrections identification number 1207476, currently confined in the Douglas County Jail in Douglasville, Georgia, has submitted a *pro se* mandamus complaint against Douglas County Judge Robert James.[1]  (Doc. 1).  Plaintiff complains that his current incarceration was orchestrated by a "bitter ex-wife" and by R. Timothy Hamil.  (Id. at 2).  It is apparent that Plaintiff is the same Mike Redford who has filed numerous actions against Hamil and others.  See Compl. at 1-22, Redford v. Hamil, No. 1:04-cv-0933-WBH (N.D. Ga.

---

[1]Plaintiff states that he is the President of the "Cyberwar Research Institute" in Washington, D.C., that he holds an important national security job, and that, due to his detention, a Chinese cyber spy team has retrieved classified national defense files and compromised national security.  See www.uscyberwar.com (last visited July 9, 2014).  Plaintiff also is apparently running for president of Nigeria.  See www.nigerianpoliticalcandidates.com/dr-mike-redford/ (last visited July 9, 2014).

July 30, 2004); see also Final Report and Recommendation, App. A, Redford v. State of Georgia, No. 1:09-cv-1336-WSD (N.D. Ga. July 23, 2009) (listing cases).

Section § 1915(g) of Title 28 does not allow a prisoner to bring an *in forma pauperis* civil action in federal court "if the prisoner has, on 3 or more prior occasions, while incarcerated . . . , brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  When § 1915(g) does not allow a prisoner to proceed *in forma pauperis*, the complaint should be dismissed without prejudice, and, a prisoner wishing to pursue his or her claims, must refile the action with full payment of the filing fee.  See Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002).

Plaintiff, while incarcerated, has filed at least three civil actions that have been dismissed as frivolous, malicious, or for failure to state a claim.  See Order at 2, Redford v. State Farm Ins. Co., No. 1:04-cv-2079-WBH (N.D. Ga. Aug. 12, 2004) (listing cases).  Plaintiff shows no action by the named defendant that places him in imminent threat of serious injury, and this case is due to be dismissed.

**IT IS RECOMMENDED** that Plaintiff be **DENIED** *in forma pauperis* status and that this action be **DISMISSED WITHOUT PREJUDICE**.

2

The Clerk is **DIRECTED** to withdraw the reference to the Magistrate Judge.

**IT IS SO RECOMMENDED** this 10th day of July, 2014.

JANET F. KING
UNITED STATES MAGISTRATE JUDGE

3